## UNITED STATED DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## AT LONDON DIVISION

| | | |
|---|---|---|
| WILLIAM S. WILSON, | § § § | |
| Plaintiff, | § | |
| v. | § § | Civil Action No. _____ |
| TQT, LLC, | § | JURY DEMANDED |
| c/o Ethan Donohoo, Registered Agent | § | |
| 106 E 12th Street | § | |
| Benton, KY 42025, | § § | |
| and | § § | |
| VASKO KITESKI, | § | |
| 17952 Marshall Drive | § | |
| Macomb, MI 48042, | § § | |
| Defendants. | § | |

## COMPLAINT

COMES NOW the plaintiff, by and through counsel, and files this complaint, and shows unto the Court as follows:

## JURISDICTION

1. The jurisdiction of this court is pursuant to 28 U.S.C. § 1332 based upon the residences and citizenship of the parties and the amount in controversy which, exclusive of interest and costs, exceeds the sum of $75,000.

## PARTIES

2. Plaintiff William S. Wilson is a citizen and resident of Blount County in the State of Tennessee, residing at 471 Beacon Way, Rockford Tennessee, 37853.

3. Defendant TQT, LLC, is a foreign corporation organized and existing under the laws of the state of Michigan as a long-distance operator of tractor trailers in accordance with

Federal Motor Vehicle Safety Administration, whose principal address is 24900 Gros Bouk Highway, Warren, Michigan 48089, and can be served with process via Ethan Donohoo, Registered Agent; 106 E 12th Street; Benton, KY 42025.

4. Defendant Vasko Kiteski ("Kiteski") is a citizen and resident of Macomb County in the state of Michigan, residing at 17952 Marshall Drive, Macomb, Michigan 48042, and can be served with process via Ky. Rev. Stat. Ann. § 454.210.

5. Defendant TQT, LLC and defendant Kiteski are the owners and operators of a trucking company which operates in multiple states under the jurisdiction of the United States Department of Transportation Federal Motor Carrier Safety Administration, 49 C.F.R. § 390 through 392.

## VENUE

6. Plaintiff brings this cause of action as a result of an automobile/tractor-trailer collision which occurred on December 21, 2019, in the city of Williamsburg, Whitley County, Kentucky, within the Eastern District of Kentucky and therefore allege that venue is appropriate pursuant to 28 U.S.C. § 1391(b)(2).

## STATEMENT OF FACTS

7. On December 21, 2019, plaintiff William S. Wilson was a passenger in a 2007 Toyota Sienna van being driven by Timothy Adkins that was traveling in a northerly direction on Interstate 75 within the city limits of Williamsburg, Kentucky following other traffic. As the traffic ahead slowed and/or stopped, the vehicle he was a passenger in came to a stop matching the flow of traffic.

8. The driver of the vehicle plaintiff William Wilson was a passenger in, was operating his vehicle in a careful and prudent manner, when defendant Kiteski, operating a 2013

Mack tractor-trailer owned by defendant TQT, LLC, struck in the rear the vehicle the plaintiff William Wilson was a passenger in.

9. Defendant Kiteski was operating his vehicle at an excessive rate of speed for the conditions, while failing to keep a proper lookout ahead, failing to keep his vehicle under proper control, and operating his vehicle in a reckless manner.

10. These failures caused defendant Kiteski to collide with the rear of the vehicle plaintiff William Wilson was a passenger in, causing the injuries and damages hereinafter set forth.

11. Plaintiff alleges that defendant Kiteski was operating the 2013 Mack truck tractor-trailer as an agent and servant of and under the authority of defendant TQT, LLC, and allege that his negligence is imputed to said defendant.

12. Plaintiff alleges that the collision aforesaid was caused by the negligence of the defendants, as set out more fully below:

   a. Defendant Kiteski was operating his vehicle without paying attention to the roadway and the hazardous conditions thereon.

   b. Defendant Kiteski operated his vehicle in a reckless manner without having the same under proper control.

   c. Defendant Kiteski operated his vehicle without keeping a proper lookout ahead.

   d. Defendant Kiteski operated his vehicle without exercising due care for other vehicles on the highway.

   e. Defendant Kiteski negligently operated his vehicle in violation of the rules of the road.

13. Defendant Kiteski operated his vehicle in violation of the following sections of the *Kentucky Revised Statutes,* to wit:

    a.    189.340(9)(a)    Following too closely.

    b.    189.209(1)    Due care.

    c.    189.390(2)    Speed limits.

    d.    189.209(2)    Reckless driving

14. Defendant Kiteski operated his vehicle in violation of the Federal Motor Carrier Safety Regulations as applicable to this case.

15. Plaintiff alleges defendant Kiteski and defendant TQT, LLC operated their vehicle in interstate commerce, and were therefore under the jurisdiction of the Federal Motor Carriers Safety Regulations as defined by 49 C.F.R. § 380 in that failure to follow state traffic safety codes is also a violation of the federal code

16. Plaintiff alleges that defendant TQT, LLC as the owner of the vehicle, the principal, and employer of defendant Kiteski were independently negligent in failing to supervise defendant Kiteski, failing to properly train him in the exercise and driving of an over-the road tractor-trailer vehicle in interstate commerce, and in failing to properly review his training and background before allowing him to drive on the highways in interstate commerce.

17. Plaintiff alleges that, as a result of being struck from the rear by the defendants' tractor-trailer, he and the vehicle he was a passenger in were compelled forward resulting in the injuries and damages hereinafter set forth.

18. Plaintiff alleges that, as a result of the collision, plaintiff William Wilson sustained severe and permanent injuries to his spine, right foot and right ankle, all of which necessitated being transported to the emergency room and orthopedic treatment.

WHEREFORE, plaintiff William Wilson sues the defendants and each of them in the sum of Two Hundred and Fifty Thousand and No/100 Dollars ($250,000.00) damages. Plaintiffs demand a jury to try this cause.

        Respectfully submitted,

    By:   *s/Sidney W. Gilreath*
            Gilreath & Associates, PLLC
            Sidney W. Gilreath (BPR#02000)
            Cary L. Bauer (BPR#019735)
            550 Main Avenue, Suite 600
            Knoxville, Tennessee 37901-1270
            (865) 637-2442
            (865) 971-4116 (Facsimile)
            sidknox@sidgilreath.com
            clbauer@sidgilreath.com

            ***Attorneys for Plaintiffs***